No. 84–264. CHEMICAL BANK ET AL. v. ARTHUR ANDERSEN & Co. C. A. 2d Cir. Certiorari denied.

No. 84–280. CITY OF CLEVELAND v. CLEVELAND ELECTRIC ILLUMINATING CO. C. A. 6th Cir. Certiorari denied.

No. 84–282. KNOWLES ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–286. KONIK v. CHAMPLAIN VALLEY PHYSICIANS HOSPITAL MEDICAL CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–299. JONES v. TEXAS. Ct. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 84–300. BESSER v. GREENFIELD. Sup. Ct. N. M. Certiorari denied.

No. 84–301. LANNING ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–302. HASTINGS v. INVESTIGATING COMMITTEE OF THE JUDICIAL COUNCIL OF THE ELEVENTH CIRCUIT ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–376. SADOSKY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–377. GLOMB v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–5044. CRANEY v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 84–5064. MAYORAL ET AL. v. JEFFCO AMERICAN BAPTIST RESIDENCES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–5067. FRAZIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–5109. ARNETT v. PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.